### 10111.  PENDLEY *v.* PAGA MINING COMPANY.

BLOODWORTH, J.  The nonsuit in this case was properly granted.

     *Judgment affirmed.  Broyles, P. J., and Stephens, J., concur.*

            DECIDED AUGUST 7, 1919.

Action for damages; from Bartow superior court—Judge Tarver. July 19, 1918.

*Colquitt & Conyers, A. W. Fite,* for plaintiff.

*Neel & Neel,* for defendant.

---

### 10129.  PENDLEY *v.* COHUTTA BANKING COMPANY.

BLOODWORTH, J.  The court did not err in directing a verdict for the defendant in error.

     *Judgment affirmed.  Broyles, P. J., and Stephens, J., concur.*

            DECIDED AUGUST 7, 1919.

Affidavit of illegality; from Murray superior court—Judge Tarver.  August 13, 1918.

*W. E. Mann,* for plaintiff.

*C. N. King, W. C. Marlin, F. K. McCutchen,* contra.